**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
<u>   Richmond   </u> Division**

In re:

Mesaye Addisu                                                    Case No.: 09-30064-KRH

 Debtor(s)                                                       Chapter 13

Address:_ 249 B Anzio Road
           Fort Lee, VA 23801


Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any) __3623_____


**NOTICE OF MOTION**

Debtor(s), by counsel, have filed papers with the court for a Motion to Extend time to file the Debtor Education Certificate.


     **<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sough in the motion (or objection), or if you want the court to consider your views on the motion (or objection), then or before **February 19, 2014 [14 days]** or your attorney must:

- ☑ File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

                          Clerk of Court
                          United States Bankruptcy Court
                          701 E. Broad St.
                          Richmond, VA 23219


       You must also mail a copy to:
                      The America Law Group, Inc.
                      t/a The Debt Law Group
                      111 Highland Ave
                      Colonial Heights, VA 23834

      ____Attend a hearing to be scheduled at a later date.  You will receive a separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

☑   Attend the hearing on the motion (or objection) scheduled to be held on
**February 19, 2014 at 10:30 a.m.** at the United States Bankruptcy Court, 701 E. Broad St, Courtroom 5000, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

DATE: 2/4/2014

/s/ Richard J. Oulton
The America Law Group, Inc.
t/a The Debt Law Group
111 Highland Ave
Colonial Heights, VA 23834
Ph: 804-520-2428
VA State Bar #29640
Counsel for Debtor(s)

Certificate of Service

I hereby certify that I have this February 4, 2014 mailed or sent by electronic means a true copy of the foregoing Notice of Motion (or Objection) to the parties listed on the attached service list.

/s/ Richard J. Oulton
Counsel for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:
Mesaye Addisu                                                Case No. 09-30064-KRH

           Debtor(s)                                                Chapter 13

**MOTION FOR EXTENSION OF TIME
TO FILE DEBTOR EDUCATION CERTIFICATE**

Debtor(s), by counsel, move the Court and state the following:

1. A voluntary petition under the provisions of title 11 of the United States Code was filed herein on January 7, 2009.

2. At that time, the debtor(s) also filed a list of all creditors and their addresses.

3. The time to file debtor education certificate has expired.

4. For the following reasons the debtor(s) are unable to file the debtor education certificate within the time required by FRBP Interim Rule 1007-I .

   Attorney has had difficulty reaching client to ensure they completed the debtor education course.

WHEREFORE movants pray the Court for an Order extending debtor(s) time for filing the debtor education certificate until fourteen (14) days from the date of this motion.

DATE:  2/4/2014

Respectfully submitted:
Debtors Names
By Counsel

/s/    Richard J. Oulton_____
Counsel for Debtor(s), VSB #29640_
The America Law Group, Inc.
t/a The Debt Law Group
111 Highland Ave
Colonial Heights, VA 23834
804-520-2428

Certificate of Service
I certify that on 2/4/2014 a copy of this NOTICE OF MOTION and NOTICE OF MOTION and MOTION FOR EXTENSION OF TIME TO FILE DEBTOR EDUCATION CERTIFICATE has been electronically transmitted or sent via first-class mail, postage pre-paid, to the, Chapter 13 Trustee, and to The U.S. Trustee, 701 East Broad Street, Suite 4304, Richmond, VA 23219, and all other creditors and necessary parties.

/s/  Richard J. Oulton_____
Counsel for Debtor(s)

# Parties to Receive a Copy:

**Carl M. Bates**, Chapter 13 Trustee
P. O. Box 1819
Richmond, VA 23218

**Mesaye Addisu**
**249 B Anzio Road**
**Fort Lee, VA 23801** Debtor

**Afni, Inc.**
Attn: DP Recovery Support
Po Box 3427
Bloomington, IL 61702-0000

**Alliance 1**
4850 Street Rd Ste 300
Trevose, PA 19053-0000

**AllianceOne Receivables Management Inc.**
PO Box 2449
Gig Harbor, WA 98335

**Allied Credit Services**
1240 Ne 175th St Ste C
Seattle, WA 98155-0000

**Allied Credit/Alliance One**
Attn: Bankruptcy
Po Box 2449
Gig Harbor, WA 98335-0000

**Bureau Of Collection R**
7575 Corporate Way
Eden Prairie, MN 55344-0000

**Dynmic Strat**
2525 220th St Se
Bothell, WA 98041-0000

**East Bay Funding, LLC**
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29603

**Equidata**
Attn: Bankruptcy
Po Box 6610
Newport News, VA 23606-0000

**Jefferson Capital Syst**
16 Mcleland Rd
Saint Cloud, MN 56303-0000

**Jefferson Capital Systems LLC**
PO BOX 7999
SAINT CLOUD MN 56302-9617

**Merchants Credit Association**
PO Box 7416
Bellevue, WA 98008

**Merchants Me**
Po Box 7416
Bellevue, WA 98008-0000

**Midland Credit Mgmt**
8875 Aero Dr Ste 200
San Diego, CA 92123-0000

**National Ser**
18820 Aurora Avenu
Shoreline, WA 98133-0000

**Paradigm Acceptance Co**
2504 Build America Dr
Hampton, VA 23666-0000

**Paragonway**
2101 West Ben Whit
Austin, TX 78704-0000

**Roundup Funding, LLC**
MS 550
PO Box 91121

Seattle, WA 98111-9221

**Seattle Municipal Court**
Seattle Justice Center
600 Fifth Avenue
PO Box 34987
Seattle, WA 98124-4987

**Security Nat Auto Acce Corp.**
6951 Sintas Blvd
Mason, OH 45040-0000

**The Villiage at Fort Lee**
Fort Lee, VA 23801-0000

**Us Bk Rms Cc**
101 5th St E Ste A
Saint Paul, MN 55101-0000

**Usa Discounters Credit**
3320 N Holland Road
Virginia Beach, VA 23452-0000

**Westcoastadj**
Po Box 569
Lynnwood, WA 98046-0000